UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II,<br><br>This Document Relates To:<br><br>All Cases | MDL No. 1:22-md-03029-PBS<br><br>Hon. Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Covidien LP and Sofradim Production SAS (collectively "Defendants"), hereby disclose the following:

The ultimate parent corporation of Covidien LP and Sofradim Production SAS is Medtronic plc. Medtronic plc has no parent corporation and there is no publicly held corporation that owns 10 percent or more of its stock.

Dated: March 15, 2023

Respectfully submitted,

*/s/ Jessica C. Wilson*
Jessica C. Wilson (BBO No. 692674)
Katie Insogna (BBO No. 568923)
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Tel: (617) 406-6000
Fax: (617) 406-6100
jessica.wilson@us.dlapiper.com
katie.insogna@us.dlapiper.com

1

                                              Loren H. Brown
                                              DLA Piper LLP (US)
                                              1251 Avenue of the Americas, 27th Floor
                                              New York, New York 10020-1104
                                              Tel: (212) 335-4500
                                              Fax: (212) 335-4501
                                              loren.brown@us.dlapiper.com

                                              *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

*/s/ Jessica C. Wilson*