**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II** | MDL Docket No. 1:22-md-03029-PBS |

**THIS DOCUMENT RELATES TO**:

*John Allen v. Covidien LP et al.*
(Case No. 1:24-cv-11593)

## NOTICE OF MDL APPEARANCE

**PLEASE TAKE NOTICE** that Attorney Silvino John Diaz of NS PR Law Services LLC, hereby enters his appearance as counsel on record for John Allen and respectfully requests that all pleadings and notices of electronic filings in the master case be served upon him accordingly.

Date: August 13, 2024

Respectfully Submitted,

*/s/* Silvino John Diaz.
(USDC-PR 308503)
NS PR LAW SERVICES LLC
1302 Avenida Ponce de León
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
sdiaz@nsprlaw.com
*Attorney for Plaintiffs*

**CERTIFICATION**

I hereby certify that on August 13, 2024, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

Respectfully Submitted,

*/s/ Silvino John Diaz*
Silvino John Diaz