**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II**

**This Document Relates To:**

**Zimpelman v. Covidien, Inc. et al; 1:24-cv-12736-PBS**
**Adomain v. Covidien, Inc. et al; 1:24-cv-12738-PBS**
**Fillak v. Covidien, Inc. et al; 1:24-cv-12740-PBS**
**Elsman v. Covidien, Inc. et al; 1:24-cv-12741-PBS**
**Knight v. Covidien, Inc. et al; 1:24-cv-12743-PBS**
**Allen v. Covidien, Inc. et al; 1:24-cv-12746-PBS**

**MDL No. 1:22-md-03029-PBS**

**NOTICE OF MDL APPEARANCE OF C. BRETT VAUGHN**

**PLEASE TAKE NOTICE** that C. Brett Vaughn hereby enters his appearance as counsel of record for the Plaintiffs listed in the attached Exhibit A and respectfully requests that all pleadings and Notices of Electronic filing in these cases be served upon him accordingly.

Respectfully submitted,

*/s/ C. Brett Vaughn*
C. Brett Vaughn
Kansas Bar No. 26688
**NIGH GOLDENBERG RASO VAUGHN**
14 Ridge Square NW
Third Floor
Washington, DC 20016
Ph/Fax: 202-792-7927
Email: bvaughn@nighgoldenberg.com

**Attorney for Plaintiffs**

# EXHIBIT A

| Case Name: | Case Number: |
|---|---|
| Zimpelman v. Covidien, Inc. et al | 1:24-cv-12736-PBS |
| Adomain v. Covidien, Inc. et al | 1:24-cv-12738-PBS |
| Fillak v. Covidien, Inc. et al | 1:24-cv-12740-PBS |
| Elsman v. Covidien, Inc. et al | 1:24-cv-12741-PBS |
| Knight v. Covidien, Inc. et al | 1:24-cv-12743-PBS |
| Allen v. Covidien, Inc. et al | 1:24-cv-12746-PBS |