UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: COVIDIEN HERNIA MESH
PRODUCTS LIABILITY LITIGATION
NO. II,

This Document Relates To:

All Cases

MDL No. 1:22-md-03029-PBS

**CASE MANAGEMENT ORDER NO. 16-A**
**(Amended Schedule for PCOx Bellwether Cases)**

On April 22, 2025, the parties selected the following PCOx cases to proceed as

bellwether cases [ECF No. 537]:

- *Michael Wardell, et al. v. Covidien LP et al.;* Case No. 1:25-cv-11059

- *Maria Vanessa Baisden v. Covidien LP et al.*; Case No. 1:24-cv-11732.

The Parties having jointly requested an extension of certain deadlines and proposed

limiting motion practice to only one of the two PCOx cases to streamline the case for trial and to

conserve the Court and the parties' resources, the Court now amends CMO 16 and sets the

following deadlines[1]:

| Date | Event |
|---|---|
| May 29, 2026 | Completion of all expert discovery |
| September 4, 2026 | Deadline for parties to file dispositive and/or *Daubert* motions in *Baisden* only |
| October 5, 2026 | Deadline for parties to file oppositions to any dispositive and/or *Daubert* motions in *Baisden* only |
| October 19, 2026 | Deadline for parties to file replies in support of any dispositive and/or *Daubert* motions in *Baisden* only |

---

[1] Due to the status of the production of histology slides by third-party providers (and exchange of same pursuant to CMO No. 14), the parties agree to meet and confer (if necessary) on deadlines related to the pathologists' reports, depositions, and/or *Daubert* motions, which may extend certain deadlines in the scheduling order as to the pathologists only.

2

Upon completion of any dispositive and/or *Daubert* motion practice, the Parties shall jointly submit a proposed trial schedule for *Baisden* only.

SO ORDERED.

_____
Judge Patti B. Saris