UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II,**<br><br>**This Document Relates To:**<br>**Robert Parks as the Executor of the Last Will and Testament of Lana Mae Parks** | **MDL No. 1:22-md-03029-PBS** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiffs and Defendants in the above-referenced action, their counsel of record, and hereby stipulate and agree to dismiss, without prejudice, Plaintiff Robert Parks', as the Executor of the Last Will and Testament of Lana Mae Parks, claims against Defendants before this Court. Each party agrees that it will bear its own costs and fees, including attorney's fees, in connection with this matter. Plaintiff Robert Parks will continue pursuing his case filed in Massachusetts Superior Court, County of Middlesex, with Hollis Wright & Clay, P.C. This filing shall have no effect on Case No. 2181CV02355.

Dated: September 11, 2026.

*Attorneys for Plaintiff*

*/s/ Andrea J. Giovannone*
Andrea J. Giovannone
(CA Bar No. 287358)
**Rueb Stoller Daniel, L.L.P.**
9696 Culver Blvd, Suite 301
Culver City, CA 90232
(866) 225-5773
andrea@lawrsd.com

Bobby J. Bell, Jr.
**Hollis, Wright & Clay, P.C.**
2201 Morris Avenue
Birmingham, AL 35203
(877) 324-3636
bob@hollis-wright.com

*Attorneys for Defendants Covidien LP and Sofradim Production SAS*

*/s/ Jessica C. Wilson*
Jessica C. Wilson (BBO #692674)
Katherine W. Insogna (BBO #586923)
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
jessica.wilson@dlapiper.com
katie.insogna@dlapiper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, a full and complete copy of the foregoing Joint Stipulation of Dismissal Without Prejudice was served upon counsel of record by emailing a copy hereof to the email address of record for counsel.

*/s/Andrea J. Giovannone*__________