UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II,<br><br>This Document Relates To:<br><br>REGINA STEPHEN<br>Case No. 1:22-cv-11590 | MDL No. 1:22-md-03029-PBS |

# **JOINT PROPOSED SCHEDULING ORDER**

The Parties having met and conferred, and pursuant to the Court's instruction that the Parties submit a joint proposed scheduling order (ECF No. 645), hereby propose the following case schedule in *Regina Stephen v. Covidien, Inc., et al.*, No. 1:22-cv-11590.

The Court ORDERS:

## I. **PRETRIAL MOTIONS**

A. The Parties shall file summary judgment and case-specific *Daubert* motions by October 2, 2026.[1]

B. The Parties shall file responses in opposition to summary judgment or case-specific *Daubert* motions by October 23, 2026.

C. The parties shall file reply briefs by October 30, 2026.

D. Oral argument on summary judgment and *Daubert* motions will be set by the Court for a date in November.

E. The Parties shall be file motions *in limine* by November 13, 2026.[2]

[1] To the extent applicable, the moving party shall incorporate by reference any arguments previously made in a prior *Daubert* motion related to a general expert. The moving party shall indicate in any *Daubert* motion for an expert for which the Court has previously issued rulings whether the Court ruled on an argument previously and, if so, whether it is moving to preserve the argument for appeal or whether it is seeking a different ruling because of new or different circumstances. In the case of the former (to preserve the argument for appeal), the parties' respective briefings and the Court's order in the *Patterson* case are adopted as if filed in the instant case.

[2] The moving party shall indicate in any motion *in limine* whether the Court ruled on the issue previously and, if so, whether it is moving to preserve the issue for appeal or whether it is seeking a different ruling because of new or different circumstances.

F. The Parties shall file oppositions to motions *in limine* by December 4, 2026.

G. Motions in limine shall be argued and heard at the final pretrial conference.

## II. PRETRIAL DISCLOSURES

A. The Parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3)[3] by December 4, 2026, thirty (30) days before the final pretrial conference.

B. Objections to pretrial disclosures are due December 18, 2026.

## III. FINAL PRETRIAL CONFERENCE

A. The Parties shall file and serve proposed jury instructions, any preliminary jury instructions and proposed voir dire questions by December 7, 2026.

B. The Parties' joint pretrial memorandum in accordance with Local Rule 16.5(d) shall be filed on December 28, 2026. Counsel shall confer fourteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

C. The final pretrial conference shall be held on January 4, 2027.

**IT IS SO ORDERED.**

Dated: ________________, 2026
Boston, Massachusetts

/s/__________________________
Hon. Patti B. Saris
United States District Judge

[3] The Court will not revisit rulings on deposition designations for which it has previously ruled.